## EXHIBIT A: GENERIC DRUGS PAID FOR BY PLAINTIFF AFFECTED BY THE PRICE-FIXING CONSPIRACY
**(so far as is known to Plaintiff at this time)**

| Name of drug | Defendant Manufacturer | Primary uses |
|---|---|---|
| **Acetazolamide** | | |
| Acetazolamide Capsules | Heritage | Treatment of glaucoma, epilepsy, periodic paralysis, heart failure. |
| Acetazolamide Capsules | Barr/ Teva | |
| Acetazolamide Capsules | Zydus | |
| Acetazolamide Tablets | Actavis | |
| Acetazolamide Tablets | Heritage | |
| Acetazolamide Tablets | Lannett | |
| Acetazolamide Tablets | Sun / Mutual / Taro | |
| Acetazolamide Tablets | Teva | |
| Acetazolamide Tablets | Taro | |
| **Adapalene Gel** | | |
| Adapalene Gel | Teva | Treatment of mild to moderate acne |
| Adapalene Gel | Glenmark | |
| Adapalene Gel | Taro | |
| Adapalene Gel | Perrigo | |
| Adapalene Gel | Sandoz / Fougera | |
| **Albuterol** | | |
| Albuterol / Albuterol Sulfate | Mylan | |
| Albuterol / Albuterol Sulfate | Teva | |
| Albuterol / Albuterol Sulfate | Actavis | |

| | | |
|---|---|---|
| Albuterol / Albuterol Sulfate | Sandoz | Prevents and treats difficulty breathing, wheezing, shortness of breath, coughing and chest tightness caused by lung diseases such as asthma |
| Albuterol | Bausch | |
| Albuterol Sulfate | DAVA | |
| Albuterol / Albuterol Sulfate | Par | |
| Albuterol / Albuterol Sulfate | Perrigo | |
| Albuterol / Albuterol Sulfate | Rising | |
| Albuterol / Albuterol Sulfate | Bausch | |
| Albuterol / Albuterol Sulfate | Amneal | |
| Albuterol / Albuterol Sulfate | Sun / Mutual / Taro | |
| **Amitriptyline** | | |
| Amitriptyline/ Amitriptyline HCL / Amitriptyline HCl / | Mylan | Anti-depressant |
| Amitriptyline/ Amitriptyline HCL / Amitriptyline HCl | Sandoz / Fougera | |
| Amitriptyline / Amitriptyline HCL | Sun | |
| Amitriptyline / Amitriptyline HCL | Zydus | |
| Amitriptyline / Amitriptyline HCL | Par / Generics / Endo | |
| **Azithromycin** | | |
| Azithromycin Suspension / Azithromycin Tablets | Teva | Antibiotic used to treat a variety of infections, including strep throat, pneumonia and ear infections |
| Azithromycin Oral Suspension/ Azithromycin | Pfizer / Greenstone | |
| Azithromycin Tablets | Greenstone | |
| Azithromycin Oral Suspension / Azithromycin | Teva | |
| Azithromycin | Wockhardt | |
| Azithromycin | Apotex | |
| Azithromycin | Aurobindo | |
| Azithromycin / Azithromycin Tablets | Lupin | |
| Azithromycin | Sandoz | |

| | | |
|---|---|---|
| Azithromycin | Mylan | |
| **Baclofen** | | |
| Baclofen | Teva | Treatment of muscle spasms caused by conditions including multiple sclerosis and spinal cord injury/disease |
| Baclofen | Par / Generics / Endo | |
| Baclofen | Upsher-Smith | |
| Baclofen | Lannett | |
| Baclofen | Mylan | |
| Baclofen | Zydus | |
| **Benazepril HCTZ** | | |
| Benazepril HCTZ | Mylan | Treatment of high blood pressure |
| Benazepril HCTZ | Apotex | |
| Benazepril HCTZ | Perrigo | |
| Benazepril HCTZ | Rising | |
| Benazepril HCTZ | Upsher-Smith | |
| Benazepril HCTZ | Sandoz / Fougera | |
| **Cabergoline** | | |
| Cabergoline | Teva | Treatment of pituitary gland tumors and abnormally high levels of prolactin hormone |
| Cabergoline | Par | |
| Cabergoline | Actavis | |
| Cabergoline | Apotex | |
| Cabergoline | Mylan | |
| Cabergoline | Greenstone | |
| **Carbamazepine** | | |
| Carbamazepine | Teva | Treatment of epilepsy, neuropathic |
| Carbamazepine | Taro | |

| | | |
|---|---|---|
| Carbamazepine | Sandoz | Treatment of epilepsy, neuropathic pain, schizophrenia and bipolar disorder |
| Carbamazepine | Apotex | |
| Carbamazepine | Zydus | |
| **Capecitabine** | | |
| Capecitabine | Teva | Chemotherapy agent in treating breast and colon cancers |
| Capecitabine | West-Ward | |
| Capecitabine | Mylan | |
| **Celecoxib** | | |
| Celecoxib | Teva | Treatment of pain and inflammation caused by rheumatoid arthritis, juvenile rheumatoid arthritis and other disorders |
| Celecoxib | Greenstone | |
| Celecoxib | Mylan | |
| Celecoxib | Pfizer | |
| Celecoxib | Aurobindo | |
| Celecoxib | Apotex | |
| Celecoxib | Lupin | |
| Celecoxib | Actavis | |
| **Clobetasol Propionate / Clobetasol** | | |
| Clobetasol Propionate | Actavis | |
| Clobetasol Propionate | Perrigo | |
| Clobetasol Propionate / Clobetasol Propionate Emoll | Sandoz / Fougera | |
| Clobetasol Propionate / Clobetasol Propionate Emoll | Taro | |
| Clobetasol Propionate | G&W | |
| Clobetasol Propionate | Teva | |
| Clobetasol Propionate | Glenmark | Treatment of skin swelling and itching, including due to eczema, |
| Clobetasol Propionate / Clobetasol Propionate Emoll | Perrigo | |

| | | |
|---|---|---|
| Clobetasol Propionate | Bausch | contact dermatitis, psoriasis, lichen planus and lupus |
| Clobetasol Propionate | Mylan | |
| Clobetasol Propionate | Lupin | |
| Clobetasol Propionate / Clobetasol Propionate Emoll | Teligent | |
| Clobetasol Propionate | Rising | |
| Clobetasol Propionate | Zydus | |
| Clobetasol Propionate | Amneal | |
| Clobetasol | Wockhardt | |
| **Clomipramine** | | |
| Clomipramine / Clomipramine HCl / | Mylan | |
| Clomipramine / Clomipramine HCl / | Taro | |
| Clomipramine HCL | Lupin | Anti-depressant, used in treatment of obsessive-compulsive disorder |
| Clomipramine HCL | Mallinckrodt | |
| Clomipramine HCL | Upsher-Smith | |
| Clomipramine HCL | Zydus | |
| Clomipramine / Clomipramine HCl / | Sandoz / Fougera | |
| **Clonidine TTS Patch** | | |
| Clonidine TTS Patch | Mylan | Treatment of high blood pressure |
| **Clotrimazole** | | |
| Clotrimazole | Teva | |
| Clotrimazole / Clotrimazole Cream | Taro | |
| Clotrimazole | Glenmark | Treatment of vaginal yeast infections, oral thrush, and certain types of ringworm, tinea pedis and tinea cruris |
| Clotrimazole | West-Ward | |
| Clotrimazole | Perrigo | |
| Clotrimazole / Clotrimazole Cream | Fougera / Sandoz | |

| | | |
|---|---|---|
| Clotrimazole | Zydus | |
| **Desonide** | | |
| Desonide | Actavis / Teva | Treatment of redness, swelling, itching caused by skin conditions including psoriasis and eczema |
| Desonide | Perrigo | |
| Desonide | Taro | |
| Desonide | Glenmark | |
| Desonide | Zydus | |
| Desonide | Amneal | |
| Desonide | G&W | |
| Desonide | Sandoz / Fougera | |
| **Dexmethylphenidate HCL Extended Release** | | |
| Dexmethylphenidate HCL Extended Release | Sandoz / Fougera | Treatment of attention deficit hyperactivity disorder |
| Dexmethylphenidate HCL Extended Release | Teva | |
| Dexmethylphenidate HCL Extended Release | Mylan | |
| Dexmethylphenidate HCL Extended Release | Actavis | |
| Dexmethylphenidate HCL Extended Release | Par / Generics / Endo | |
| Dexmethylphenidate HCL Extended Release | Sun | |
| **Diclofenac** | | |
| Diclofenac Sodium | Rising | |
| Diclofenac Sodium / Diclofenac Sodium | Actavis/Teva | |
| Diclofenac Sodium | Bausch | |
| Diclofenac Sodium | Amneal | |
| Diclofenac Sodium | Apotex | |
| Diclofenac Sodium | Endo | |
| Diclofenac Sodium | Lupin | |

| | | |
|---|---|---|
| Diclofenac Sodium | Par | Treatment of mild to moderate pain and inflammation, including that caused by osteoarthritis and rheumatoid arthritis |
| Diclofenac Sodium | Perrigo | |
| Diclofenac Sodium | Taro | |
| Diclofenac Sodium | Glenmark | |
| Diclofenac Sodium | Lannett | |
| Diclofenac Sodium / Diclofenac Potassium | Teva | |
| Diclofenac Potassium / Diclofenac Sodium / | Sandoz | |
| Diclofenac Potassium / Diclofenac Sodium | Mylan | |
| Diclofenac / Diclofenac Sodium Misoprostol | Greenstone | |
| **Digoxin** | | |
| Digoxin | Lannett | Treatment of heart failure and irregular heartbeat |
| Digoxin | Par / Generics / Endo | |
| Digoxin | West-Ward | |
| Digoxin | Sun / URL / Mutual / Taro | |
| Digoxin | Amneal | |
| Digoxin | Mylan | |
| **Disopyramide Phosphate** | | |
| Disopyramide Phosphate | Teva | Treatment of irregular heartbeat |
| Disopyramide Phosphate | Mayne | |
| Disopyramide Phosphate | Actavis | |
| Disopyramide Phosphate | Greenstone | |
| **Divalproex** | | |
| Divalproex DR / Divalproex Sodium | Dr. Reddy's | |
| Divalproex DR | Zydus | |
| Divalproex DR / Divalproex Sodium / Divalproex ER | Par | |

| | | |
|---|---|---|
| Divalproex DR / Divalproex Sodium | Mylan | |
| Divalproex ER / Divalproex Sodium | Amneal | |
| Divalproex ER / Divalproex Sodium | Aurobindo | |
| Divalproex Sodium | Greenstone | Treatment of epilepsy, bipolar disorder and migraines |
| Divalproex Sodium | Sandoz | |
| Divalproex Sodium | Lupin | |
| Divalproex Sodium | Zydus | |
| Divalproex Sodium | Teva | |
| Divalproex Sodium | Rising | |
| Divalproex Sodium | Sun | |
| Divalproex Sodium | Upsher-Smith | |
| Divalproex Sodium | Wockhardt | |
| **Diflunisal** | | |
| Diflunisal | Teva | Treatment of mild to moderate pain and inflammation, including that caused by osteoarthritis and rheumatoid arthritis |
| Diflunisal | Heritage | |
| Diflunisal | Rising | |
| **Doxazosin Mesylate** | | |
| Doxazosin Mesylate | Teva | |
| Doxazosin Mesylate | Greenstone | |
| Doxazosin Mesylate | Apotex | |
| Doxazosin Mesylate | Par | |
| Doxazosin Mesylate | Pfizer | Treatment of high blood pressure and urinary retention associated with benign prostatic hyperplasia |
| Doxazosin Mesylate | Zydus | |
| Doxazosin Mesylate | Upsher-Smith | |
| Doxazosin Mesylate | DAVA | |

| | | |
|---|---|---|
| Doxazosin Mesylate | Mylan | |
| **Doxycycline Hyclate** | | |
| Doxycycline Hyclate Regular Release | Actavis | |
| Doxycycline Hyclate Regular Release | Citron | |
| Doxycycline Hyclate Regular Release | Mylan | |
| Doxycycline Hyclate Regular Release | Par / Generics / Endo | |
| Doxycycline Hyclate Regular Release | Sun | |
| Doxycycline Hyclate Regular Release | West-Ward | |
| Doxycycline Hyclate | DAVA | |
| Doxycycline Hyclate | Mutual | |
| Doxycycline Hyclate | Lannett | |
| Doxycycline Hyclate | Rising | Antibiotic used to treat a variety of bacterial infections and to prevent malaria |
| Doxycycline Hyclate | Par | |
| Doxycycline Hyclate | Sandoz | |
| Doxycycline Hyclate | Lupin | |
| Doxycycline Hyclate | Amneal | |
| Doxycycline Hyclate Regular Release | Teva | |
| Doxycycline Hyclate Regular Release | Zydus | |
| Doxycycline Hyclate Delayed Release | Heritage | |
| Doxycycline Hyclate Delayed Release | Mayne | |
| Doxycycline Hyclate Delayed Release | Mylan | |
| Doxycycline Hyclate Delayed Release | Actavis | |
| **Doxycycline Monohydrate** | | |
| Doxycycline Monohydrate | Heritage | |
| Doxycycline Monohydrate | Lannett | |

| | | |
|---|---|---|
| Doxycycline Monohydrate | Mylan | Antibiotic used to treat a variety of bacterial infections and to prevent malaria |
| Doxycycline Monohydrate | Par / Generics / Endo | |
| Doxycycline Monohydrate | Sandoz / Fougera | |
| Doxycycline Monohydrate | Sun / URL / Mutual / Taro | |
| Doxycycline Monohydrate | Actavis | |
| Doxycycline Monohydrate | Lupin | |
| Doxycycline Monohydrate | Mayne | |
| Doxycycline Monohydrate | Zydus | |
| **Drospirenone/EE** | | |
| Drospirenone/EE | Mylan | Contraceptive |
| Drospirenone/EE | Glenmark | |
| Drospirenone/EE | Teva | |
| Drospirenone/EE | Barr | |
| Drospirenone/EE | Lupin | |
| Drospirenone/EE | Sandoz | |
| **Econazole / Econazole Nitrate** | | |
| Econazole / Econazole Nitrate | Fougera | Treatment of fungal skin infections including ringworm, tinea pedis and tinea cruris |
| Econazole Nitrate | Taro | |
| Econazole Nitrate Cream | Teligent | |
| Econazole Nitrate | Sandoz | |
| Econazole Nitrate | Perrigo | |
| **Enalapril Maleate** | | |
| Enalapril Maleate | Mylan | |
| Enalapril Maleate | Teva | |
| Enalapril Maleate | Apotex | |

| | | |
|---|---|---|
| Enalapril Maleate | Sandoz | Treatment of high blood pressure and congestive heart failure |
| Enalapril Maleate | Bausch | |
| Enalapril Maleate | Taro | |
| Enalapril Maleate | Wockhardt | |
| **Ethosuximide** | | |
| Ethosuximide | Teva | Prevents certain epileptic seizures |
| Ethosuximide | Barr | |
| Ethosuximide | Greenstone | |
| **Fenofibrate** | | |
| Fenofibrate / Fenofibrate Nanocrystalized | Teva | Reduces blood levels of "bad" cholesterol and fats and raises blood levels of high-density, "good" cholesterol |
| Fenofibrate / Fenofibrate Nanocrystalized / Fenofibrate | Lupin Amneal | |
| Fenofibrate / Fenofibrate Nanocrystalized | Sun | |
| Fenofibrate / Fenofibrate Nanocrystalized | Perrigo | |
| Fenofibrate / Fenofibrate Nanocrystalized / | Mylan | |
| Fenofibrate / Fenofibrate Nanocrystalized | Aurobindo | |
| Fenofibrate Micronized | Dr. Reddy's | |
| Fenofibrate Micronized | Glenmark | |
| Fenofibrate Micronized | Apotex | |
| Fenofibrate / Fenofibrate Nanocrystalized | Zydus | |
| **Fluocinonide** | | |
| Fluocinonide / Fluocinonide Emollient Base | Teva | |
| Fluocinonide | Actavis | |
| Fluocinonide | Perrigo | |
| Fluocinonide | Glenmark | |

| | | |
|---|---|---|
| Fluocinonide | Lupin | Treatment of a variety of skin conditions, including eczema, dermatitis, psoriasis, and vitiligo |
| Fluocinonide | Rising | |
| Fluocinonide | Teligent | |
| Fluocinonide | Zydus | |
| Fluocinonide | Mayne | |
| Fluocinonide / Fluocinonide Emollient Base | Taro | |
| Fluocinonide | Sandoz / Fougera | |
| **Fluconazole** | | |
| Fluconazole | Rising | Treatment of fungal infections, including yeast infections of the vagina, mouth, throat, esophagus, abdomen, lungs, blood, and other organs and treatment of meningitis |
| Fluconazole | Glenmark | |
| Fluconazole | Citron | |
| Fluconazole | Teva | |
| Fluconazole | Mylan | |
| Fluconazole | Dr. Reddy's | |
| Fluconazole | Zydus | |
| Fluconazole | Greenstone / Pfizer | |
| **Fosinopril - HCTZ (a/k/a Fosinopril-Hydrochlorothiazide)** | | |
| Fosinopril - HCTZ | Aurobindo | Treatment of high blood pressure |
| Fosinopril - HCTZ | Citron | |
| Fosinopril - HCTZ | Glenmark | |
| Fosinopril - HCTZ | Heritage | |
| Fosinopril - HCTZ | Rising | |
| Fosinopril - HCTZ | Sandoz / Fougera | |
| Fosinopril - HCTZ | Teva | |
| Fosinopril - HCTZ | Greenstone | |

| Gabapentin | | |
|---|---|---|
| Gabapentin Tablets | Teva | |
| Gabapentin Tablets | Greenstone | |
| Gabapentin Capsules / Gabapentin Tablets | Ascend | |
| Gabapentin Capsules | Amneal | |
| Gabapentin Tablets | Sun | |
| Gabapentin | Aurobindo | |
| Gabapentin | Breckinridge | Treatment of epilepsy and neuropathic pain |
| Gabapentin Capsules / Gabapentin Tablets | Apotex | |
| Gabapentin | Mylan | |
| Gabapentin | West-Ward | |
| Gabapentin Tablets | Zydus | |
| Gabapentin Tablets | Actavis | |
| Gabapentin Tablets | Glenmark | |
| **Glimepiride** | | |
| Glimepiride | Dr. Reddy's | |
| Glimepiride | Par | |
| Glimepiride | Mylan | Treatment of Type 2 diabetes |
| Glimepiride | Perrigo | |
| Glimepiride | Teva | |
| **Glipizide Metformin / Glipizide** | | |
| Glipizide Metformin / Glipizide Metformin HCl / | Heritage | |
| Glipizide Metformin / Glipizide / Glipizide | Mylan | |
| Glipizide Metformin | Sun / URL / Mutual / Taro | |
| Glipizide Metformin / Glipizide Metformin HCL | Teva | |

| | | |
|---|---|---|
| Glipizide Metformin / Glipizide Metformin HCL | Zydus | |
| Glipizide Metformin / Glipizide / Glipizide | Sandoz / Fougera | |
| Glipizide Metformin / Glipizide | Actavis | |
| Glipizide/ Glipizide Metformin HCl | Teva | Treatment of Type 2 diabetes |
| Glipizide | Greenstone | |
| Glipizide | Pfizer | |
| Glipizide | Aurobindo | |
| Glipizide | Rising | |
| Glipizide | Upsher-Smith | |
| Glipizide | Par | |
| Glipizide | Apotex | |
| **Glyburide** | | |
| Glyburide | Actavis | |
| Glyburide | Aurobindo | |
| Glyburide | Citron | |
| Glyburide | Greenstone | |
| Glyburide | Sandoz | |
| Glyburide | Heritage | |
| Glyburide / Glyburide Micronized | Teva | Treatment of Type 2 diabetes |
| Glyburide | Zydus | |
| Glyburide Micronized | DAVA | |
| Glyburide Micronized | Mylan | |
| Glyburide Micronized | West-Ward | |
| **Glyburide Metformin** | | |
| Glyburide Metformin / Glyburide Metformin HCL | Actavis | |

| | | |
|---|---|---|
| Glyburide Metformin / Glyburide Metformin HCl / | Aurobindo | Treatment of Type 2 diabetes |
| Glyburide Metformin | Citron | |
| Glyburide Metformin / Glyburide Metformin HCl | Dr. Reddy's | |
| Glyburide Metformin / Glyburide Metformin HCL | Heritage | |
| Glyburide Metformin | Par / Generics / Endo | |
| Glyburide Metformin HCL | Greenstone | |
| Glyburide Metformin / Glyburide Metformin HCl | Teva | |
| Glyburide Metformin / Glyburide Metformin HCL | Rising | |
| Glyburide Metformin | Zydus | |
| Glyburide Metformin / Glyburide Metformin HCL | Sandoz / Fougera | |
| **Griseofulvin** | | |
| Griseofulvin | Actavis | Treatment of fungal infections, primarily ringworm infections |
| Griseofulvin / Griselofulvin Microsize | Teva | |
| Grizeofulvin Microsize | Sandoz | |
| Grizeofulvin Microsize /Griselofulvin Ultramicrosize | Rising | |
| Grizeofulvin Microsize | Par | |
| Grizeofulvin Ultramicrosize | Amneal | |
| Grizeofulvin Ultramicrosize | Rising | |
| **Irbesartan** | | |
| Irbesartan | Teva | Treatment of high blood pressure |
| Irbesartan | West-Ward | |
| Irbesartan | Aurobindo | |
| Irbesartan | Par | |
| Irbesartan | Mylan | |
| Irbesartan | Lupin | |

| **Ketoconazole** | | |
|---|---|---|
| Ketoconazole | Teva | |
| Ketoconazole | Sandoz / Fougera | |
| Ketoconazole | Mylan | |
| Ketoconazole | Perrigo | Treatment of fungal infections |
| Ketoconazole | G&W | |
| Ketoconazole | Apotex | |
| Ketoconazole | Taro | |
| **Leflunomide** | | |
| Leflunomide | Apotex | |
| Leflunomide | Heritage | |
| Leflunomide | Sandoz / Fougera | Treatment of active, moderate-to-severe rheumatoid arthritis and psoriatic arthritis |
| Leflunomide | Zydus | |
| Leflunomide | Teva | |
| **Levonorgestrel/Ethinyl Estradiol (a/k/a Levonorgestrel/EE)** | | |
| Levonorgestrel/Ethinyl Estradiol | Actavis/Teva | |
| Levonorgestrel/Ethinyl Estradiol | Lupin | |
| Levonorgestrel/Ethinyl Estradiol | Glenmark | |
| Levonorgestrel/Ethinyl Estradiol | Mayne | Contraception |
| Levonorgestrel/Ethinyl Estradiol | Mylan | |
| Levonorgestrel/Ethinyl Estradiol | Sandoz / Fougera | |
| **Levothyroxine / Levothyroxine Sodium** | | |
| Levothyroxine/ Levothyroxine Sodium | Lannett | |

| | | |
|---|---|---|
| Levothyroxine/ Levothyroxine Sodium | Mylan | Treatment of hypothyroidism and thyroid cancer |
| Levothyroxine Sodium | Pfizer | |
| Levothyroxine Sodium | Lupin | |
| Levothyroxine Sodium | Actavis/Teva | |
| Levothyroxine Sodium | Amneal | |
| Levothyroxine Sodium | Sandoz / Fougera | |
| **Lidocaine Prilocaine** | | |
| Lidocaine Prilocaine | Mylan | Local anesthetic |
| Lidocaine Prilocaine | Par | |
| Lidocaine Prilocaine | Amneal | |
| Lidocaine Prilocaine | Taro | |
| Lidocaine Prilocaine | Actavis | |
| Lidocaine Prilocaine | Sandoz / Fougera | |
| **Medroxyprogesterone / Medroxyprogesterone Acetate** | | |
| Medroxyprogesterone / Medroxyprogesterone | Pfizer / Greenstone | Treatment of abnormal uterine bleeding, reduces the symptoms of menopause |
| Medroxyprogesterone / Medroxyprogesterone | Teva | |
| Medroxyprogesterone Acetate | Barr | |
| **Meprobamate** | | |
| Meprobamate | Actavis | |
| Meprobamate | Dr. Reddy's | |
| Meprobamate | Heritage | |
| Meprobamate | Lannett | |

| | | |
|---|---|---|
| Meprobamate | Mylan | Treatment of short-term anxiety, tension, and insomnia |
| Meprobamate | Perrigo | |
| Meprobamate | Sun / URL / Mutual / Taro | |
| Meprobamate | Taro | |
| Meprobamate | Teva | |
| **Nabumetone** | | |
| Nabumetone | Teva | Treatment of pain, tenderness, swelling and stiffness caused by osteoarthritis and rheumatoid arthritis |
| Nabumetone | Glenmark | |
| Nabumetone | Par | |
| Nabumetone | Lupin | |
| Nabumetone | Mylan | |
| Nabumetone | Amneal | |
| Nabumetone | Actavis | |
| Nabumetone | Sandoz / Fougera | |
| **Nadolol** | | |
| Nadolol | Sandoz | Treatment of high blood pressure, prevents angina |
| Nadolol | Mylan | |
| Nadolol | Amneal | |
| Nadolol | Zydus | |
| Nadolol | Teva | |
| Nadolol | Greenstone | |
| **Niacin Extended Release (a/k/a Niacin ER)** | | |
| Niacin Extended Release | Zydus | |
| Niacin Extended Release / Niacin | Teva | |
| Niacin | Aurobindo | |

| | | |
|---|---|---|
| Niacin | Sun | Lowers "bad" cholesterol levels in the blood |
| Niacin | Lannett | |
| Niacin | Amneal | |
| Niacin Extended Release / Lupin | Lupin | |
| **Nimodipine** | | |
| Nimodipine | Sun / URL / Mutual / Taro / Caraco | Reduces effects of bleeding in the brain |
| Nimodipine | Teva / Barr | |
| Nimodipine | Mylan | |
| Nimodipine | Heritage | |
| **Norethindrone-Ethinyl Estrdiol** | | |
| Norethindrone-Ethinyl Estrdiol / Norethindrone-Estrdiol | Teva | Contraception |
| Norethindrone-Ethinyl Estrdiol Iron | Actavis | |
| Norethindrone-Ethinyl Estrdiol Iron | Amneal | |
| Norethindrone-Ethinyl Estrdiol Iron | Barr | |
| Norethindrone-Ethinyl Estrdiol | Glenmark | |
| Norethindrone-Ethinyl Estrdiol | Mylan | |
| Norethindrone-Ethinyl Estrdiol | Lupin | |
| **Nystatin** | | |
| Nystatin External Cream | Actavis | |
| Nystatin External Cream | Par / Generics / Endo | |
| Nystatin External Cream | Perrigo | |
| Nystatin External Cream | Sandoz / Fougera | |
| Nystatin External Cream | Taro | |
| Nystatin Ointment | Actavis | |
| Nystatin Ointment | Perrigo | |

| | | |
|---|---|---|
| Nystatin External Cream / Nystatin Triamcinolone | Sandoz / Fougera | Treatment of fungal infections |
| Nystatin Tablets | Actavis | |
| Nystatin Tablets | Heritage | |
| Nystatin Tablets | Sandoz / Fougera | |
| Nystatin | Mayne | |
| Nystatin | G&W | |
| Nystatin Tablets | Sun / Mutual / Taro | |
| Nystatin Tablets | Teva | |
| Nystatin | Upsher-Smith | |
| Nystatin | Bausch | |
| **Paromomycin** | | |
| Paromomycin / Paromomycin Sulfate | Heritage | Antibiotic used to treat amoeba infection in the intestines and complications of liver disease |
| **Piroxicam** | | |
| Piroxicam | Teva | Treatment of pain and inflammation associated with rheumatoid arthritis, juvenile rheumatoid arthritis, and other disorders |
| Piroxicam | Mylan | |
| Piroxicam | Greenstone | |
| **Pravastatin** | | |
| Pravastatin / Pravastatin Sodium | Teva | Lowers levels of lipids in the blood, including triglycerides and cholesterol |
| Pravastatin / Pravastatin Sodium | Lupin | |
| Pravastatin / Pravastatin Sodium | Glenmark | |
| Pravastatin / Pravastatin Sodium | Zydus | |
| Pravastatin / Pravastatin Sodium | Apotex | |
| Pravastatin | Actavis | |
| Pravastatin / Pravastatin Sodium | Dr. Reddy's | |

| | | |
|---|---|---|
| Pravastatin | Sandoz / Fougera | |
| Pravastatin Sodium | Rising | |
| Pravastatin Sodium | Mylan | |
| **Propranolol** | | |
| Propranolol / Propranolol HCL ER / Propranolol HCL | Actavis | Treatment for tremors, angina, high blood pressure and heart rhythm disorders |
| Propranolol / Propranolol HCL | Teva | |
| Propranolol / Propranolol HCL | Par / Generics / Endo | |
| Propranolol / Propranolol HCl / Propranolol HCL | Upsher-Smith | |
| Propranolol / Propranolol HCL / Propranolol HCl | Mylan | |
| Propranolol / Propranolol HCl | Heritage | |
| Propranolol HCL ER / Propranolol HCl / Propranolol | Breckinridge | |
| Propranolol HCL | Amneal | |
| **Temozolomide** | | |
| Temozolomide | Teva | Treatment for brain cancer |
| Temozolomide | Amneal | |
| Temozolomide | Sandoz / Fougera | |
| **Theophyline Extended Release (a/k/a Theophyline ER)** | | |
| Theophyline Extended Release | Heritage | Treatment for asthma and airway narrowing from long-term asthma, chronic bronchitis and emphysema |
| Theophyline Extended Release | Mylan | |
| Theophyline Extended Release | Teva | |
| **Tobramycin** | | |
| Tobramycin Eye Drop | Teva | Treatment for eye infections |
| Tobramycin Eye Drop | Amneal | |
| Tobramycin Eye Drop | Bausch | |
| Tobramycin Eye Drop | Sandoz / Fougera | |

| Tolterodine Tartrate | | |
|---|---|---|
| Tolterodine Tartrate / Tolterodine Tartrate ER | Teva | |
| Tolterodine Tartrate | Apotex | |
| Tolterodine Tartrate | Mylan | Treatment for overactive bladder |
| Tolterodine Tartrate | Pfizer | |
| Tolterodine Tartrate | Greenstone | |
| **Tizanidine** | | |
| Tizanidine / Tizanidine HCL | Sandoz / Fougera | |
| Tizanidine / Tizanidine HCl / Tizanidine HCL | Mylan | |
| Tizanidine / Tizanidine HCl / Tizanidine HCL | Dr. Reddy's | |
| Tizanidine HCL / Tizanidine HCl | Apotex | |
| Tizanidine HCL | Sun | Treatment for muscle spasticity due to spinal cord injury or multiple sclerosis |
| Tizanidine HCL / Tizanidine HCl | Teva | |
| Tizanidine HCL | Ascend | |
| Tizanidine HCL | Zydus | |
| Tizanidine HCL | Par | |
| Tizanidine HCL / Tizanidine HCl | Actavis | |
| **Tolterodine Extended Release (a/k/a Tolterodine ER)** | | |
| Tolterodine Extended Release | Pfizer | |
| Tolterodine Extended Release | Teva | Treatment for overactive bladder |
| Tolterodine Extended Release | Mylan | |
| **Ranitidine** | | |
| Ranitidine / Ranitidine HCL | Teva | |
| Ranitidine / Ranitidine HCl / Ranitidine HCL | Glenmark | |
| Ranitidine / Ranitidine HCl / Ranitidine HCL | Sandoz / Fougera | |

| | | |
|---|---|---|
| Ranitidine HCL / Ranitidine HCl | Amneal | Treatment of peptic ulcer disease, gastroesophageal reflux disease and Zollinger–Ellison syndrome |
| Ranitidine HCL / Ranitidine HCl | Dr. Reddy's | |
| Ranitidine HCL | Par | |
| Ranitidine HCL | Heritage | |
| Ranitidine HCL | Teva | |
| Ranitidine HCL / Ranitidine HCl | Wockhardt | |
| Ranitidine HCL | Aurobindo | |
| Ranitidine HCL | Zydus | |
| Ranitidine HCL | Apotex | |
| **Ursodiol** | | |
| Ursodiol | Actavis | Treatment of gallstones and liver disease and prevents formation of gallstones |
| Ursodiol | Par | |
| Ursodiol | Glenmark | |
| Ursodiol | Mylan | |
| Ursodiol | Amneal | |
| Ursodiol | Zydus | |
| Ursodiol | Teva | |
| Ursodiol | Lannett | |
| **Valsartan HCTZ** | | |
| Valsartan HCTZ | Mylan | Treatment of high blood pressure |
| Valsartan HCTZ | Lupin | |
| Valsartan HCTZ | Par | |
| Valsartan HCTZ | Teva | |
| Valsartan HCTZ | Amneal | |
| Valsartan HCTZ | Ascend | |

| | | |
|---|---|---|
| Valsartan HCTZ | Actavis | |
| Valsartan HCTZ | Aurobindo | |
| Valsartan HCTZ | Sandoz / Fougera | |
| **Verapamil HCL** | | |
| Verapamil HCL | Actavis | |
| Verapamil HCL | Heritage | |
| Verapamil HCL | Amneal | |
| Verapamil HCL | Apotex | Treatment of high blood pressure, angina and heart rhythm disorders |
| Verapamil HCL | Glenmark | |
| Verapamil HCL | Mayne | |
| Verapamil HCL | Mylan | |
| Verapamil HCL | Sun / URL / Mutual / Taro | |
| Verapamil HCL | Teva | |
| **Warfarin** | | |
| Warfarin / Warfarin Sodium | Teva | |
| Warfarin / Warfarin Sodium | Taro | |
| Warfarin Sodium | Amneal | |
| Warfarin Sodium | Citron | |
| Warfarin Sodium | Rising | Preventing strokes and cardiac events and preventing and treating blood clots |
| Warfarin Sodium | Barr | |
| Warfarin Sodium | Mylan | |
| Warfarin Sodium | Upsher-Smith | |
| Warfarin / Warfarin Sodium | Zydus | |
| **Zoledronic Acid** | | |
| Zoledronic Acid Injection | Aurobindo | |

| | | |
|---|---|---|
| Zoledronic Acid Injection / Zoledronic Acid Mannitol | Dr. Reddy's | Used in cancer treatment, particularly in the treatment of multiple myeloma and breast and lung cancers that have spread to the bones |
| Zoledronic Acid Injection / Zoledronic Acid Mannitol | Heritage | |
| Zoledronic Acid Injection | Sun / URL / Mutual / Taro | |
| Zoledronic Acid Injection | Teva | |
| Zoledronic Acid Injection | West-Ward | |
| **Imiquimod** | | |
| Imiquimod | Apotex | Treatment for actinic keratoses and genital/anal warts |
| Imiquimod | Glenmark | |
| Imiquimod | Sandoz | |
| Imiquimod | Taro | |
| Imiquimod | Perrigo | |
| **Triamcinolone Acetonide** | | |
| Triamcinolone Acetonide | Upsher-Smith | Treatment of swelling, itching and redness caused by skin conditions including dermatitis, eczema and allergies |
| Triamcinolone Acetonide | Teva | |
| Triamcinolone Acetonide | Ascend | |
| Triamcinolone Acetonide | Taro | |
| Triamcinolone Acetonide | Glenmark | |
| Triamcinolone Acetonide | Teligent | |
| Triamcinolone Acetonide | Perrigo | |
| Triamcinolone Acetonide | Amneal | |
| Triamcinolone Acetonide | Rising | |
| Triamcinolone Acetonide | Actavis | |
| Triamcinolone Acetonide | Fougera/Sandoz | |
| **Betamethasone Dipropionate** | | |
| Betamethasone Dipropionate | Teva | |

| Betamethasone Dipropionate | Taro | Treatment of swelling, itching and redness caused by skin conditions including dermatitis, eczema and allergies |
|---|---|---|
| Betamethasone Dipropionate | Actavis | |
| Betamethasone Dipropionate | Fougera/Sandoz | |
| Betamethasone Dipropionate | Zydus | |
| Betamethasone Dipropionate | Perrigo | |
| Betamethasone Dipropionate Augmented Cream | Glenmark | |
| **Clotrimazole Betamethasone Dipropionate** | | |
| Clotrimazole Betamethasone Dipropionate | Taro | Treatment of fungal infections including tinea pedis and tinea cruris |
| Clotrimazole Betamethasone Dipropionate | Actavis / Teva | |
| Clotrimazole Betamethasone Dipropionate | Mylan | |
| Clotrimazole Betamethasone Dipropionate | Taro | |
| Clotrimazole Betamethasone Dipropionate | Fougera/Sandoz | |
| **Erythromycin Base/Ethyl Alcohol Solution** | | |
| Erythromycin Base/Ethyl Alcohol Solution | Fougera/Sandoz | Treatment of acne |
| Erythromycin Base/Ethyl Alcohol Solution | Teligent | |
| Erythromycin Base/Ethyl Alcohol Solution | Perrigo | |
| **Metronidazole** | | |
| Metronidazole | Mutual | Antibiotic used to treat bacterial infections |
| Metronidazole | G&W | |
| Metronidazole | Fougera/Sandoz | |
| Metronidazole | Taro | |
| Metronidazole | Actavis | |
| Metronidazole | Heritage | |
| Metronidazole | Teva | |
| Metronidazole | Upsher-Smith | |

| **Calcipotriene** | | |
|---|---|---|
| Calcipotriene | Sandoz | |
| Calcipotriene | G&W | Treatment of psoriasis |
| Calcipotriene | Taro | |

| **Fluocinolone Acetonide** | | |
|---|---|---|
| Fluocinolone Acetonide | G&W | |
| Fluocinolone Acetonide | Fougera/Sandoz | |
| Fluocinolone Acetonide | Actavis/Teva | |
| Fluocinolone Acetonide | Rising | Treatment of swelling, itching and redness caused by skin conditions including dermatitis, eczema and allergies |
| Fluocinolone Acetonide | Taro | |
| Fluocinolone Acetonide | Perrigo | |
| Fluocinolone Acetonide | Amneal | |

| **Betamethasone Valerate** | | |
|---|---|---|
| Betamethasone Valerate | G&W | |
| Betamethasone Valerate | Taro | |
| Betamethasone Valerate | Teva | |
| Betamethasone Valerate | Mylan | Treatment of swelling, itching and redness caused by skin conditions including dermatitis, eczema and allergies |
| Betamethasone Valerate | Actavis | |
| Betamethasone Valerate | Fougera/Sandoz | |
| Betamethasone Valerate | Perrigo | |

| **Ciclopirox Olamine** | | |
|---|---|---|
| Ciclopirox Olamine | Glenmark | |
| Ciclopirox Olamine | Taro | Treatment of tinea pedis, ringworm and tinea versicolor |
| Ciclopirox Olamine | Fougera | |
| Ciclopirox Olamine | Perrigo | |

| Lidocaine | | |
|---|---|---|
| Lidocaine / Lidocaine Ointment 5% | Taro | Local anesthetic |
| Lidocaine | Teva | |
| Lidocaine / Lidocaine Ointment 5% | Amneal | |
| Lidocaine / Lidocaine Ointment 5% | Ascend | |
| Lidocaine / Lidocaine Ointment 5% | Glenmark | |
| Lidocaine / Lidocaine Patch 5% | Mylan | |
| Lidocaine / Lidocaine Ointment 5% | Teligent | |
| Lidocaine / Lidocaine Patch 5% | Par | |
| Lidocaine Patch 5% | Endo | |
| Lidocaine / Lidocaine Patch 5% | Actavis | |
| Lidocaine / Lidocaine Ointment 5% | Fougera/Sandoz | |
| **Alclometasone Dipropionate** | | |
| Alclometasone Dipropionate | Glenmark | Treatment of swelling, itching and redness caused by skin conditions including dermatitis, eczema and allergies |
| Alclometasone Dipropionate | Taro | |
| Alclometasone Dipropionate | Fougera/Sandoz | |
| **Ammonium Lactate** | | |
| Ammonium Lactate | Taro | Treatment of dry skin conditions including xerosis and ichthyosis vulgaris |
| Ammonium Lactate | Actavis | |
| Ammonium Lactate | Perrigo | |
| **Terconazole** | | |
| Terconazole | Taro | Treatment of fungal infections |
| Terconazole | Actavis | |
| Terconazole | Teva | |
| Terconazole | Perrigo | |

| | | |
|---|---|---|
| Terconazole | Fougera/Sandoz | |
| **Etodolac** | | |
| Etodolac / Etodolac Tablets | Teva | Treatment of pain and inflammation caused by rheumatoid arthritis and osteoarthritis |
| Etodolac Tablets | Apotex | |
| Etodolac / Etodolac Tablets | Amneal | |
| Etodolac | Zydus | |
| Etodolac / Etodolac Capsules / Etodolac Tablets | Taro | |
| Etodolac / Etodolac Tablets | Sandoz | |
| **Hydrocortisone Valerate** | | |
| Hydrocortisone Valerate | Taro | Treatment of swelling, itching and redness caused by skin conditions including dermatitis, eczema and allergies |
| Hydrocortisone Valerate | Glenmark | |
| Hydrocortisone Valerate | Perrigo | |
| **Triamcinolone Acetonide** | | |
| Triamcinolone Acetonide | Upsher-Smith | Treatment of swelling, itching and redness caused by skin conditions including dermatitis, eczema and allergies |
| Triamcinolone Acetonide | Ascend | |
| Triamcinolone Acetonide | Taro | |
| Triamcinolone Acetonide | Actavis | |
| Triamcinolone Acetonide | Glenmark | |
| Triamcinolone Acetonide | Teligent | |
| Triamcinolone Acetonide | Amneal | |
| Triamcinolone Acetonide | Perrigo | |
| Triamcinolone Acetonide | Fougera/Sandoz | |
| Triamcinolone Acetonide | Rising | |
| Triamcinolone Acetonide | Teva | |
| **Phenytoin Sodium** | | |

| | | |
|---|---|---|
| Phenytoin Sodium | Wockhardt | Prevents and controls epileptic seizures |
| Phenytoin Sodium / Phenytoin Sodium Extended | Amneal | |
| Phenytoin Sodium / Phenytoin Sodium Extended | Mylan | |
| Phenytoin Sodium / Phenytoin Sodium Extended | Taro | |
| Phenytoin Sodium Extended | Pfizer | |
| Phenytoin Sodium Extended | Aurobindo | |
| Phenytoin Sodium / Phenytoin Sodium Extended | Sun | |
| **Bromocriptine Mesylate** | | |
| Bromocriptine Mesylate | Mylan | Treatment of Parkinson's' disease and the overproduction of the hormone prolactin |
| Bromocriptine Mesylate | Sandoz | |
| Bromocriptine Mesylate | Perrigo | |
| **Calcipotriene Betamethasone** | | |
| Calcipotriene Betamethasone | Perrigo | Treatment of psoriasis |
| Calcipotriene Betamethasone | Sandoz | |
| **Methazolamide** | | |
| Methazolamide | Sandoz | Treatment of glaucoma |
| **Fluticasone Propionate** | | |
| Fluticasone Propionate | Apotex | Treatment of symptoms of allergies |
| Fluticasone Propionate | Glenmark | |
| Fluticasone Propionate | West-Ward | |
| Fluticasone Propionate | Perrigo | |
| Fluticasone Propionate | Par | |
| Fluticasone Propionate | G&W | |
| **Desoximetasone** | | |
| Desoximetasone | Taro | |

| Desoximetasone | Fougera/Sandoz | Treatment of swelling, itching and redness caused by skin conditions including dermatitis, eczema and allergies |
|---|---|---|
| Desoximetasone | Actavis/Teva | |
| Desoximetasone | Lupin | |
| Desoximetasone | Zydus | |
| Desoximetasone | Perrigo | |
| Desoximetasone | Glenmark | |
| **Cefpodoxime** | | |
| Cefpodoxime Proxetil | Aurobindo | Antibiotic used to treat bacterial infections |
| Cefpodoxime | Rising | |
| Cefpodoxime Proxetil | Sandoz | |
| **Pioglitazone HCL Metformin HCL** | | |
| Pioglitazone HCL Metformin HCL | Aurobindo | Treatment of diabetes |
| Pioglitazone HCL Metformin HCL | Teva | |
| Pioglitazone HCL Metformin HCL | Sandoz | |
| Pioglitazone HCL Metformin HCL | Mylan | |
| **Methylphenidate HCL** | | |
| Methylphenidate HCL | Mallinckrodt | Treatment of attention deficit hyperactivity disorder |
| Methylphenidate HCL | Sandoz | |
| Methylphenidate HCL | Actavis/Teva | |
| Methylphenidate HCL | Lupin | |
| Methylphenidate HCL | Amneal | |
| Methylphenidate HCL | Lannett | |
| Methylphenidate HCL | Breckinridge | |
| Methylphenidate HCL | Sandoz | |
| **Clindamycin Phosphate** | | |

| | | |
|---|---|---|
| Clindamycin Phosphate | Greenstone | |
| Clindamycin Phosphate | Pfizer | |
| Clindamycin Phosphate | Fougera/Sandoz | Treatment of acne |
| Clindamycin Phosphate | Teligent | |
| Clindamycin Phosphate | Taro | |
| Clindamycin Phosphate | Perrigo | |
| **Latanoprost** | | |
| Latanoprost | Apotex | |
| Latanoprost | Greenstone | |
| Latanoprost | Sandoz | |
| Latanoprost | Bausch | Treatment of glaucoma and other eye diseases |
| Latanoprost | Apotex | |
| Latanoprost | Heritage | |
| Latanoprost | Teva | |
| Latanoprost | Mylan | |
| **Eplerenone** | | |
| Eplerenone | Apotex | |
| Eplerenone | Sandoz | Treatment of high blood pressure |
| Eplerenone | Greenstone | |
| **Halobetasol Propionate** | | |
| Halobetasol Propionate | G&W | |
| Halobetasol Propionate | Taro | Treatment of swelling, itching and redness caused by skin conditions including dermatitis, eczema, psoriasis and allergies |
| Halobetasol Propionate | Fougera/Sandoz | |
| Halobetasol Propionate | Perrigo | |
| **Prochlorperazine Maleate** | | |

| | | |
|---|---|---|
| Prochlorperazine Maleate | Mylan | Treatment of severe nausea and vomiting (e.g. after surgery or cancer treatment) |
| Prochlorperazine Maleate | Teva | |
| Prochlorperazine Maleate | Sandoz | |
| **Ciclopirox** | | |
| Ciclopirox | Apotex | Treatment of fungal skin infections |
| Ciclopirox | G&W | |
| Ciclopirox | Fougera/Sandoz | |
| Ciclopirox | Perrigo | |
| Ciclopirox | Taro | |
| Ciclopirox | Teligent | |
| Ciclopirox | Teva | |
| Ciclopirox | Actavis | |
| Ciclopirox | Glenmark | |
| **Hydrocortisone Acetate** | | |
| Hydrocortisone Acetate | Upsher-Smith | Treatment of hemorrhoids, certain intestinal problems and rectal/anal inflammation |
| Hydrocortisone Acetate | Ascend | |
| Hydrocortisone Acetate | Perrigo | |
| Hydrocortisone Acetate | G&W | |
| **Promethazine HCL** | | |
| Promethazine HCL | Mylan | Treatment of nausea and vomiting and severe allergic reactions |
| Promethazine HCL | Actavis/Teva | |
| Promethazine HCL / Promethazine HCL Tablets | Amneal | |
| Promethazine HCL / Promethazine HCL Tablets | Par | |
| Promethazine HCL | Sandoz | |
| Promethazine HCL | Taro | |

| | | |
|---|---|---|
| Promethazine HCL | West-Ward | |
| Promethazine HCL | Zydus | |
| Promethazine HCL | Perrigo | |
| **Ciclopirox Olamine** | | |
| Ciclopirox Olamine | Glenmark | Treatment of fungal infections including ringworm and tinea pedis |
| Ciclopirox Olamine | Taro | |
| Ciclopirox Olamine | Perrigo | |
| Ciclopirox Olamine | Fougera | |
| **Mometasone Furoate** | | |
| Mometasone Furoate | Glenmark | Treatment of swelling, itching and redness caused by skin conditions including dermatitis, eczema, psoriasis and allergies |
| Mometasone Furoate | Sandoz | |
| Mometasone Furoate / Mometasone Furoate Nasal | Amneal | |
| Mometasone Furoate / Mometasone Furoate Nasal | Apotex | |
| Mometasone Furoate | Perrigo | |
| Mometasone Furoate | Fougera | |
| Mometasone Furoate | Taro | |
| Mometasone Furoate / Mometasone Furoate Cream | G&W | |
| **Ethambutol HCL** | | |
| Ethambutol HCL | Lupin | Treatment of tuberculosis |
| Ethambutol HCL | Teva | |
| **Lamivudine/ Zidovudine** | | |
| Lamivudine/ Zidovudine | Teva | Treatment of HIV infection |
| Lamivudine/ Zidovudine | Lupin | |
| **Oxaprozin** | | |
| Oxaprozin / Oxaprozin Tablets | Dr. Reddy's | |

| | | |
|---|---|---|
| Oxaprozin | Amneal | Treatment of arthritis |
| Oxaprozin / Oxaprozin Tablets | Sandoz | |
| Oxaprozin / Oxaprozin Tablets | Greenstone | |
| Oxaprozin / Oxaprozin Tablets | Teva | |
| **Amphetamine Dextroamphetamine** | | |
| Amphetamine Dextroamphetamine | Barr | Treatment of attention deficit hyperactivity disorder |
| Amphetamine Dextroamphetamine / | Amneal | |
| Amphetamine Dextroamphetamine | Lannett | |
| Amphetamine Dextroamphetamine | Mallinckrodt | |
| Amphetamine Dextroamphetamine / | Mylan | |
| Amphetamine Dextroamphetamine | Sun | |
| Amphetamine Dextroamphetamine / | Teva | |
| Amphetamine Dextroamphetamine | Zydus | |
| Amphetamine Dextroamphetamine | Aurobindo | |
| Amphetamine Dextroamphetamine / | Actavis/Teva | |
| Amphetamine Dextroamphetamine / | Sandoz | |
| **Dextroamphetamine Sulfate** | | |
| Dextroamphetamine Sulfate | Mallinckrodt | Treatment of attention deficit hyperactivity disorder |
| Dextroamphetamine Sulfate | Actavis | |
| Dextroamphetamine Sulfate | Amneal | |
| Dextroamphetamine Sulfate | Mylan | |
| Dextroamphetamine Sulfate | Mayne | |
| Dextroamphetamine Sulfate | Teva | |
| **Budesonide** | | |
| Budesonide | Teva | |

| | | |
|---|---|---|
| Budesonide | Par | Prevents inflammation and used to treat asthma and bowel conditions |
| Budesonide | Mylan | |
| **Omega-3-Acid Ethyl Esters** | | |
| Omega-3-Acid Ethyl Esters | Teva | Lowers levels of triglycerides in the blood and increases levels of "good" cholesterol |
| Omega-3-Acid Ethyl Esters | Amneal | |
| Omega-3-Acid Ethyl Esters | Apotex | |
| Omega-3-Acid Ethyl Esters | Par | |
| **Enalapril Maleate** | | |
| Enalapril Maleate | Apotex | Treatment of high blood pressure and heart failure |
| Enalapril Maleate | Mylan | |
| Enalapril Maleate | Taro | |
| Enalapril Maleate | Sandoz | |
| Enalapril Maleate | Wockhardt | |
| Enalapril Maleate | Bausch | |
| Enalapril Maleate | Teva | |
| **Nortriptyline Hydrochloride** | | |
| Nortriptyline Hydrochloride / Nortriptyline Hydrochloride | Teva | Anti-depressant |
| Nortriptyline Hydrochloride | Mayne | |
| Nortriptyline Hydrochloride Capsules | Actavis | |
| Nortriptyline Hydrochloride / Nortriptyline Hydrochloride | Taro | |
| **Moexipril Hydrochloride** | | |
| Moexipril Hydrochloride | Teva | Treatment of high blood pressure |
| Moexipril Hydrochloride | Glenmark | |
| **Desogestrel/ Ethinyl Estradiol** | | |
| Desogestrel/ Ethinyl Estradiol | Barr | |

| | | |
|---|---|---|
| Desogestrel/ Ethinyl Estradiol | Lupin | Contraception |
| Desogestrel/ Ethinyl Estradiol | Actavis/Teva | |
| **Norethindrone Acetate** | | |
| Norethindrone Acetate | Breckenridge | Treatment of abnormal uterine bleeding and endometriosis |
| Norethindrone Acetate | Teva | |
| **Paricalcitol** | | |
| Paricalcitol | Teva | Synthetic vitamin D, used in the treatment of kidney disease |
| **Labetalol HCL** | | |
| Labetalol HCl / Labetalol HCL | Par | Treatment of high blood pressure |
| Labetalol HCL | Sandoz | |
| Labetalol HCL | Zydus | |
| Labetalol HCL | Actavis/Teva | |
| **Nitrofurantoin Macrocrystal** | | |
| Nitrofurantoin Macrocrystal | Mylan | Antibiotic used to treat urinary tract infections |
| Nitrofurantoin Macrocrystal | Teva | |
| Nitrofurantoin Macrocrystal | Amneal | |
| Nitrofurantoin Macrocrystal | Sun | |
| Nitrofurantoin Macrocrystal | Zydus | |
| Nitrofurantoin Macrocrystal | Actavis | |
| **Cephalexin** | | |
| Cephalexin | West-Ward | Antibiotic used to treat bacterial infections including pneumonia and infections of the bone, skin, ears genital and urinary tract |
| Cephalexin | Aurobindo | |
| Cephalexin | Sun | |
| Cephalexin / Cephalexin Capsules | Lupin | |

| | | |
|---|---|---|
| Cephalexin / Cephalexin Capsules | Teva | |
| Cephalexin / Cephalexin Capsules | Ascend | |
| **Clarithromycin** | | |
| Clarithromycin | DAVA | |
| Clarithromycin | Zydus | |
| Clarithromycin | Aurobindo | |
| Clarithromycin | Actavis | |
| Clarithromycin | Mayne | Antibiotic used to treat bacterial infections including bronchitis, pneumonia and infections of the skin, ears, sinuses, and throat |
| Clarithromycin | Teva | |
| Clarithromycin | Sandoz | |
| Clarithromycin | Lannett | |
| Clarithromycin / Clarithromycin Tablets | Rising | |
| Clarithromycin | Mylan | |
| Clarithromycin | Wockhardt | |
| **Cyproheptadine HCL** | | |
| Cyproheptadine HCL | Par | |
| Cyproheptadine HCL | Actavis | |
| Cyproheptadine HCL | Breckinridge | |
| Cyproheptadine HCL | Barr | Treatment of symptoms of allergic reaction |
| Cyproheptadine HCL | Zydus | |
| Cyproheptadine HCL | Teva | |
| Cyproheptadine HCL | Rising | |
| **Topiramate** | | |
| Topiramate / Topiramate Tablets | Apotex | |
| Topiramate / Topiramate Tablets | Glenmark | |

| | | |
|---|---|---|
| Topiramate / Topiramate Tablets | Sun | Prevents and controls epileptic seizures, prevents migraines |
| Topiramate / Topiramate Tablets | Zydus | |
| Topiramate | Teva | |
| Topiramate / Topiramate Tablets | Mylan | |
| **Propranolol HCL** | | |
| Propranolol HCL / Propranolol HCL Tablets | Mylan | Treatment of tremors, angina, high blood pressure and other heart problems |
| Propranolol HCL / Propranolol HCL Tablets | Par | |
| Propranolol HCL | Breckinridge | |
| Propranolol HCL | Upsher-Smith | |
| Propranolol HCL / Propranolol HCL Tablets | Amneal | |
| Propranolol HCL | Heritage | |
| Propranolol HCL / Propranolol HCL Capsules / Propranolol | Actavis | |
| Propranolol HCL | Teva | |
| **Ciprofloxacin HCL** | | |
| Ciprofloxacin HCL | Mylan | Antibiotic used to treat bacterial infections |
| Ciprofloxacin HCL / Ciprofloxacin HCL Tablets | Dr. Reddy's | |
| Ciprofloxacin HCL | Rising | |
| Ciprofloxacin HCL | Sandoz | |
| Ciprofloxacin HCL | Aurobindo | |
| Ciprofloxacin HCL | Teva | |
| Ciprofloxacin HCL | West-Ward | |
| Ciprofloxacin HCL / Ciprofloxacin HCL Tablets | Teva | |
| Ciprofloxacin HCL | Actavis | |
| Ciprofloxacin HCL | Apotex | |
| **Pentoxifylline** | | |

| | | |
|---|---|---|
| Pentoxifylline | Apotex | Treatment of blood flow problems in the limbs |
| Pentoxifylline | Mylan | |
| Pentoxifylline | Teva | |
| **Cefdinir** | | |
| Cefdinir | DAVA | Antibiotic used to treat bacterial infections including bronchitis, pneumonia and infections of the skin, ears, sinuses, throat and tonsils |
| Cefdinir | Greenstone | |
| Cefdinir | Aurobindo | |
| Cefdinir | Teva | |
| Cefdinir / Cefdinir Capsules | Lupin | |
| Cefdinir | Sandoz | |
| **Haloperidol** | | |
| Haloperidol | Mylan | Treatment of mental/mood disorders (e.g., schizophrenia, schizoaffective disorders) |
| Haloperidol | Zydus | |
| Haloperidol | Upsher-Smith | |
| Haloperidol | Sandoz | |
| **Amiloride HCTZ** | | |
| Amiloride HCL | Par | Treatment of high blood pressure and heart failure |
| Amiloride HCL | Rising | |
| Amiloride HCTZ | Barr | |
| Amiloride HCTZ | Mylan | |
| Amiloride HCTZ | Perrigo | |