| EXHIBIT B: INDIVIDUALS INVOLVED IN THE PRICE-FIXING CONSPIRACY (so far as is known to Plaintiff at this time) | | |
|---|---|---|
| Name | Position (if known) | Employer(s) during the Relevant Period |
| Anne Sather | National Account Manager | Heritage |
| Ara Aprahamian | Sales and Marketing Executive | Taro |
| Armando Kellum | Director of Pricing and Contracts | Sandooz |
| B.L. | National Account Executive | Upsher-Smith |
| B.P. | Senior National Accounts Executive | Mylan |
| Beth Hamilton | Vice President of Marketing | Apotex |
| C.B. | Senior Operations Executive | Teva |
| CW-A | Senior Sales Executive | Sandoz |
| CW-B | | Sandoz |
| CW-C | Senior Sales Executive | Sandoz |
| CW-D | | Sandoz |
| CW-E | Senior Sales Executive | Glenmark |
| D.H. | | Cardinal Health |
| Daniel Lukasiewicz | | Heritage, Zydus, Aurobindo |
| David Berthold | Vice President of Sales | Lupin |
| David Rekenthaler | Vice Presdent of Sales for US Generics (Teva); Vice President of Sales (Apotex) | Teva, Apotex |
| F.H. | Senior Executive (responsible for generic products) | Unnamed joint venture between retail pharmacy |
| G.P. Singh | President | Sun |
| Gloria Peluso-Schmid | | Mayne |
| Hector Kellum | Senior Executive | Sandoz |
| J.H. | | Apotex |

| | | |
|---|---|---|
| J.K. | Marketing Executive | Teva |
| J.L. | Marketing Manager | Teva |
| J.P. | Director of National Accounts | Teva |
| James Nesta | Vice President of Sales | Mylan |
| Jan Bell | Senior Key Account Manager; Director of National Accounts | Mylan |
| Jason Malek | Senior Vice President | Heritage |
| Jeffery Glazer | Chief Executive Officer | Heritage |
| Jill Nailor | Senior Director of Sales and National Accounts | Greenstone |
| Jim Brown | | Glenmark |
| John Adams | Vice President of Sales and Marketing | Dr. Reddy's |
| John Dillaway | Executive Vice President | Ascend |
| K.G. | Senior Sales and Marketing Executive | Teva |
| Keith Fleming | | Heritage |
| Kevin Green | Director of National Accounts (Teva); Associate Vice President of National | Teva, Zydus |
| M.B. | Senior National Executive | Par |
| Marc Falkin | Vice President of Marketing, Pricing and Contracts | Actavis |
| Matthew Edelson | Senior National Account Manager | Heritage |
| Maureen Cavanaugh | Senior Executive | Teva |
| Michael Aigner | Director of National Accounts | Mylan |
| Neal O'Mara | Associate Director of National Accounts | Heritage |
| Nisha Patel | Director of Strategic Customer Marketing (Teva) | AmerisourceBergen, Teva |
| R.H. | National Account Executive | Greenstone |
| R.H. | National Account Manager | Greenstone |
| Rajiv Malik | President | Mylan |
| Rich Smith | | Heritage |

| | | |
|---|---|---|
| Rick Rogerson | Executive Director of Pricing and Business Analytics | Actavis |
| Robert Cunard | Chief Executive Officer | Aurobindo |
| S.G. | | Sandoz |
| Satish Metha | Chief Executive Officer | Emcure (Heritage's parent) |
| Susan Knoblauch | Senior Manager of Sales | Sun |
| T.C. | Senior Sales Executive | Teva |
| T.S. | Senior Account Executive | Teva |
| Tracy Sullivan | Director of National Accounts | Lannett |
| V.B. | Senior Sales Executive | Dr. Reddy's |
| Vikas Thapar | President | Emcure (Heritage's parent) |