| EXHIBIT C: GENERIC DRUG MANUFACTURERS REFERRED TO IN COMPLAINT | |
|---|---|
| **Abbreviation** | **Full Name of Manuanufacturer(s)** |
| Actavis | Actavis Holdco U.S., Inc.; Actavis Elizabeth LLC; Actavis Pharma, Inc. |
| Amneal | Amneal Pharmaceuticals, Inc.; Amneal Pharmaceuticals, LLC |
| Apotex | Apotex Corp. |
| Ascend | Ascend Laboratories, LLC |
| Aurobindo | Aurobindo Pharma U.S.A., Inc. |
| Barr | Barr Pharmaceuticals, LLC |
| Bausch (a/k/a Valeant) | Bausch Health Americas, Inc., Bausch Health US, LLC |
| Breckenridge | Breckenridge Pharmaceutical, Inc. |
| Caraco | Caraco Pharmaceutical Laboratories Ltd. |
| Citron | Citron Pharma, LLC |
| DAVA | DAVA Pharmaceuticals, LLC |
| Dr. Reddy's | Dr. Reddy's Laboratories, Inc. |
| Emcure | Emcure Pharmaceuticals Private Limited |
| Endo | Endo International plc |
| Fougera | Fougera Pharmaceuticals, Inc. |
| G&W | G&W Laboratories, Inc. |
| Generics | Generics Bidco I, LLC |
| Glenmark | Glenmark Pharmaceuticals, Inc. |
| Greenstone | Greenstone LLC |
| Heritage | Heritage Pharmaceuticals, Inc. |
| Lannett | Lannett Company, Inc. |

| | |
|---|---|
| Lupin | Lupin Pharmaceuticals, Inc, |
| Mallinckrodt | Mallinckrodt Inc., Mallinckrodt LLC, Mallinckrodt Plc |
| Mayne | Mayne Pharma USA, Inc. |
| Mutual | Mutual Pharmaceutical Company, Inc. |
| Mylan | Mylan Inc.; Mylan Pharmaceuticals Inc. |
| Novartis | Novartis AG |
| Par | Par Pharmaceutical, Inc. |
| Perrigo | Perrigo New York, Inc. |
| Pfizer | Pfizer Inc. |
| PLIVA | PLIVA, Inc. |
| Rising | Rising Pharmaceuticals, Inc., Rising Pharma Holdings, Inc. |
| Sandoz | Sandoz, Inc.; Sandoz Germany |
| Sun | Sun Pharmaceutical Industries, Inc., Sun Pharmaceutical Industries Ltd. |
| Taro | Taro Pharmaceuticals USA, Inc., Taro Pharmaceutical Industries, Ltd. |
| Teligent | Teligent, Inc. |
| Teva | Teva Pharmaceuticals USA, Inc. |
| Upsher-Smith | Upsher-Smith Laboratories, LLC |
| URL | URL Pharma, Inc. |
| West-Ward | West-Ward Pharmaceuticals Corp. |
| Wockhardt | Wockhardt USA LLC |
| Zydus | Zydus Pharma-ceuticals (USA), Inc. |