# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *County of Suffolk v. Actavis Holdco US, Inc.* | Individual Case No. 20-4893[1] |

## ORDER

**AND NOW**, this 29th day of October 2020 upon consideration of the Joint Stipulation between Plaintiff County of Suffolk and Rising Pharma Holdings, Inc. [MDL Doc. No. 1570], it is hereby **ORDERED** that Plaintiff County of Suffolk's claims against Rising Pharma Holdings, Inc., are **DISMISSED with prejudice**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] The Stipulation was filed on the Main Docket. The Court notes that pursuant to the Court's Electronic Case Management Orders, the parties are directed to file documents that relate to an individual case in the individual case only and not on the Main Docket.